Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
### for the
Middle District of Florida

_____Jacksonville__ Division

| | |
|---|---|
| Stanley Cichowski jr Pro se<br>Kevin Cichowski Pro se | Case No. **3:23-cv-992-BJD-LLL** |
| | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint.*<br>*If the names of all the plaintiffs cannot fit in the space above,*<br>*please write "see attached" in the space and attach an additional*<br>*page with the full list of names.)* | Jury Trial: *(check one)* ☑ Yes ☐ No |
| -v- | |
| DISCOVER BANK | |
| | 8-23-2023 |
| *Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the*<br>*names of all the defendants cannot fit in the space above, please*<br>*write "see attached" in the space and attach an additional page*<br>*with the full list of names.)* | |

## COMPLAINT FOR A CIVIL CASE

I.     **The Parties to This Complaint**

A.     **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Stanley Cichowski   Kevin Cichowski |
| Street Address | 37 Cleveland Court |
| City and County | Palm Coast |
| State and Zip Code | Florida 32137 |
| Telephone Number | |
| E-mail Address | |

B.     **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

    Name                         DISCOVER BANK

    Job or Title *(if known)*    Bank

    Street Address          502 E Market St

    City and County        Greenwood

    State and Zip Code     Delaware 19950

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**II.    Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

[✔] Federal question          [✔] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.    If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

15 U.S.C. §1681s-2(b)     and a BREACH OF CONTRACT

**B.    If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* Stanley Cichowski, Kevin Cichowski          , is a citizen of the State of *(name)* Florida                            .

b.    If the plaintiff is a corporation

The plaintiff, *(name)*                                      , is incorporated under the laws of the State of *(name)*                                      ,

and has its principal place of business in the State of *(name)*

_____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)*                                      , is a citizen of

the State of *(name)*                            . Or is a citizen of

*(foreign nation)*                            .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.   If the defendant is a corporation

The defendant, *(name)* Discover Bank , is incorporated under

the laws of the State of *(name)* Delaware , and has its

principal place of business in the State of *(name)* Delaware and headquartered in Chica

Or is incorporated under the laws of *(foreign nation)*

and has its principal place of business in *(name)*

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.   The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

1,400,000,000 in damages

## III.   Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

During the events of covid, Discover card at some point closed my account, but Discover it self is not sure when, Phone calls in evidence show.  When i checked my Credit report 9-20-2021, after being wrongfully sued in Flager county court, 2021 SC 000904 Discover Bank Vs Cichowski, I saw how much discover miss reported information, showing a long gap, then payments, and late payments on a closed acc. I reported to discover DIRECTLY and INDIRECTLY, threw the Credit reporting Bureaus. Discover did an unreasonable investigation, since the account wasnt opened at this time, and they declined to fix the report, and not confirming the date the account closed. breaking 5 U.S.C. §1681s-2(b) and causing a Breach of Contract. DUE to MISS reporting, on a closed account. causing damanges. Arbitration was waived.

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Defamation of financial character,  a low credit score ,higher rates on loans, can't enjoy my retirement because my financial reputation loss...I am stuck in a tiny car that comes with a low credit score ; leading to back pain and stress. Loss of quality of life.Future loss of financial opportunities , a ruined retirement,the loss of financial reputation has cost me to have to use the couple of dollars because of because of higher rates that come with lower credit scores,that I had for my son so he could have a child,and the stress that comes with that.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**V.     Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.     For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        08/23/2023

Signature of Plaintiff

Printed Name of Plaintiff        Stanley Cichowski, Kevin Cichowski

**B.     For Attorneys**

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address