**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

STANLEY CICHOWSKI, JR. and KEVIN
CICHOWSKI,

        Plaintiffs,

v.                                                          Case No.: 3:23-cv-992-WWB-LLL

DISCOVER BANK,

        Defendant.
_____/

<u>**ORDER**</u>

THIS CAUSE is before the Court upon periodic review.  On December 5, 2023, the Court ordered the parties to show cause why this case should not be dismissed for failure to file a case management report in accordance with Local Rule 3.02.  (Doc. 15 at 1). The deadline to respond to the Order to Show Cause has passed, and no response has been filed.  The parties were cautioned that failure to comply with Court Orders could "result in the **dismissal** of this action or entry of **sanctions** without further notice."  (*Id.*).

Accordingly, it is **ORDERED** that this case is **DISMISSED without prejudice** for failure to respond to the Court's December 5, 2023 Order and failure to prosecute.  The Clerk is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** in Jacksonville, Florida on January 5, 2024.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE


Copies furnished to:

Counsel of Record
Unrepresented Parties